# MENZ BONNER KOMAR & KOENIGSBERG LLP

ATTORNEYS AT LAW

ONE NORTH LEXINGTON AVENUE, SUITE 1550

TEL: (914) 949-0222          WHITE PLAINS, NEW YORK 10601          FAX: (914) 997-4117
WWW.MBKKLAW.COM

December 10, 2019

**VIA ECF**

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 11D
New York, NY 10007-1312

> The pending conference is adjourned without date.
> SO ORDERED.
> Dated: 12/10/2019
>
> _____
> P. Kevin Castel
> United States District Judge

    Re: **Natura Development N.V. v. HEH Advisors, et al.**
       **Civil Action No. 19-CV-1797 (PKC)**

Dear Judge Castel:

  We represent plaintiff Natura Development N.V. in the above-referenced action. We write to request that the Court re-schedule the December 13, 2019 Case Management Conference that is currently on Your Honor's docket. The reason for this request is because the parties' respective motions to dismiss are currently pending. We have consulted with counsel for the defendants, who joins in this request.

  By way of background, on May 3, 2019, the parties appeared for an Initial Pretrial Conference. The parties thereafter filed pre-motion letters and on June 27, 2019, the Court issued a Scheduling Order [ECF Doc. 36] concerning briefing of the parties' respective motions for judgment on the pleadings. In that Order, Your Honor stayed discovery pending further Order of this Court. On September 20, 2019, Your Honor issued a Memo Endorsement adjourning the then-scheduled September 23, 2019 Case Management Conference to December 13, 2019 [ECF Doc 42].

  The parties' respective motions have now been fully briefed and the stay of discovery is still in place. Based on the foregoing, the parties jointly respectfully request that the December 13, 2019 conference be adjourned until after resolution of the parties' motions.

  Thank you for Your Honor's attention to this matter.

            Respectfully submitted,

            *s/ Patrick D. Bonner Jr.*

            Patrick D. Bonner Jr.

cc:  Kenneth A. Elan, Esq. (By ECF)