UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATURA DEVELOPMENT N.V.,

        Plaintiff(s),        19-cv-1797 (PKC)

  -against-        ORDER

HEH ADVISORS LLC and ANDREW J. HERZBERG,

        Defendant(s).
_____

CASTEL, United States District Judge.

Conference is scheduled for March 17, 2020 at 11:00 a.m. in Courtroom 11D, 500 Pearl Street, New York, New York.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       February 21, 2020