UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
NATURA DEVELOPMENT N.V.,

                Plaintiff,                19-cv-1797 (PKC)

    -against-

                                          <u>ORDER</u>

HEH ADVISORS, ET AL.,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The Court will hold a teleconference in this matter as scheduled on November 20, 2020 at 11:00 AM. The dial-in information for this proceeding is as follows:

        <u>Dial-in</u>:    (888) 363-4749

        <u>Access Code</u>:  3667981

SO ORDERED.

                                                P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
           November 12, 2020